IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CROSSVILLE MEDICAL ONCOLOGY, P.C., | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) CASE NO. 2:04-cv-0091 ) Judge Haynes ) |
| GLENWOOD SYSTEMS, LLC, D/B/A GLENWOOD SYSTEMS, INC., | ) ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |

*ORDER*
*This motion is*
*GRANTED*
*[signature]*
*6-10-10*

## GLENWOOD'S MOTION FOR LEAVE TO FILE REPLY TO SUR RESPONSE

Comes now, the Defendant/Counter-Plaintiff, Glenwood Systems, LLC d/b/a Glenwood Systems, Inc. ("Glenwood"), by and through counsel, and pursuant to Local Rule 7.01(b) moves for leave to file a Reply to the Sur Response filed by the Plaintiff/Counter-Defendant, Crossville Medical Oncology, P.C. ("CMO"). (Docket Entry No. 84) In support, Glenwood respectfully submits that its Reply will assist this Court in assessing the validity of the position CMO/Dr. Tabor have taken in response to Glenwood's Motion for Confirmation of Arbitration Award.

Moreover, Glenwood would state that while it was not opposed to additional briefing by CMO/Dr. Tabor on the sole issue of timeliness of the Response to Glenwood's Motion for Confirmation Arbitration Award, (Docket Entry No. 77), it did oppose any additional briefing on other issues. This was based on Glenwood's contention that such additional briefing would only serve to further delay the arbitration process which is disfavored under the law.

Because this Court granted the Motion to File Surreply, (Docket Entry No. 80), it is respectfully submitted that Glenwood, as the movant, should have the last word regarding its motion by being granted leave to file a Reply.