IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| CROSSVILLE MEDICAL ONCOLOGY, P.C., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 2:04-00091 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| GLENWOOD SYSTEMS, LLC, d/b/a | ) | |
| GLENWOOD SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

Consolidated with:

| | | |
|---|---|---|
| GLENWOOD SYSTEMS, LLC, | ) | |
| GLENWOOD SYSTEMS, INC., | ) | |
| | ) | Case No. 2:10-00061 |
| Plaintiffs, | ) | JUDGE HAYNES |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. TABOR, M.D., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Glenwood Systems, LLC's motion for confirmation of arbitration award (Docket Entry No. 76) is **GRANTED**; Defendant Glenwood Systems, LLC's motion to strike (Docket Entry No. 89) is **DENIED as moot**; Defendant Glenwood Systems, LLC's motion for attorney fees (Docket Entry No. 90) is **GRANTED**; and Plaintiffs' motion for summary judgment in Case No. 2:10-00061 (Docket Entry No. 8) is **GRANTED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the \_\_\_18th\_\_\_ day of January, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge